# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SUSAN JEANETTE PALMA | ) | |
| DONALD CRAIG PALMA | ) | Case No. 16-10471-BFK |
| | ) | Chapter 7 |
| Debtors | ) | |
| | ) | |
| JANET M. MEIBURGER, Trustee, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 17-01103-BFK |
| | ) | |
| LUCY K. PALMA | ) | |
| | ) | |
| Defendant | ) | |

## CERTIFICATE OF SERVICE FOR SUMMONS AND RELATED DOCUMENTS

I HEREBY CERTIFY that I caused a true and correct copy of the Summons and Notice in an Adversary Proceeding, Complaint, Instructions for Preparing Exhibit List, and Initial Scheduling Order to be sent on November 1, 2017, by first-class mail, postage prepaid to:

Lucy K. Palma
302 Inglewood Drive
Rochester, NY 14619

Under penalty of perjury, I declare that the foregoing is true and correct.

Respectfully submitted,

THE MEIBURGER LAW FIRM, P.C.

Dated: November 1, 2017         By: /s/ Janet M. Meiburger
                                    Janet M. Meiburger, VSB No. 31842

---

Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Counsel for Plaintiff

        The Meiburger Law Firm, P.C.
        1493 Chain Bridge Road, Suite 201
        McLean, VA  22101
        (703) 556-7871

        Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2017, a true and correct copy of the foregoing Certificate of Service for Summons and Related Documents will be served by ECF e-mail pursuant to the applicable Standing Order of the Court and by first-class mail, postage prepaid on the following:

    Lucy K. Palma
    302 Inglewood Drive
    Rochester, NY 14619

54

                                            /s/ Janet M. Meiburger
                                            Janet M. Meiburger

J:\Trustee\Palma, Susan & Donald (16-10471)\Adversary Proceeding\Pleadings\Certificate Regarding Summons.1.doc